**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE M. PAREDES,<br><br>             Plaintiff,<br><br>   v.<br><br>MERCEDES-BENZ USA, LLC and DOE 1 through DOE 10 inclusive,<br><br>             Defendants. | **CASE NO.  2:24-cv-09812-SVW-AS**<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE**<br><br>Judge:     Hon. Stephen V. Wilson<br>Ctrm.:     10A<br><br>Complaint Filed:  October 10, 2024<br>Trial Date:       None Set |

1     The Court, having considered Plaintiff JOSE M. PAREDES' and Defendant

2  MERCEDES-BENZ USA, LLC's Joint Stipulation to Dismiss Action with Prejudice

3  and found good cause, hereby orders:

4        1.     This action is dismissed entirely with prejudice.

5

6     IT IS SO ORDERED.

7

8  Dated:  September 23, 2025

9                                              Hon. Stephen V. Wilson
                                               **United States District Court Judge**

10

11

12



13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28